UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GWEN JEFFERSON<br>O/B/O D.J. | CIVIL ACTION |
| VERSUS | NUMBER: 13-6094 |
| CAROLYN W. COLVIN, ACTING<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION | SECTION: "A"(5) |

## **ORDER**

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Defendant to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Defendant's motion for summary judgment is denied, that Plaintiff's motion for summary judgment is granted, and that Plaintiff's case is remanded to the Commissioner for an award of benefits.

March 9, 2015

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE